### 23274. LEATHERWOOD v. THE STATE.

BROYLES, C. J. The circumstantial evidence relied upon for a conviction was not sufficient to exclude every reasonable hypothesis save that of the guilt of the accused; and the court erred in overruling the motion for a new trial.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED AUGUST 4, 1933.

*Waller Matthews,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.

### 23311. JORDAN v. THE STATE.

GUERRY, J. The evidence amply supports the verdict of guilty and it has the approval of the trial judge. No error of law being complained of, the court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED AUGUST 4, 1933.

*Drennan & Giles,* for plaintiff in error.
*John S. McClelland, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.